IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 124-035 |
| | ) | |
| KYLE SHELTON | ) | |

**O R D E R**

Before the Court is the parties' Joint Status Report, in which counsel request thirty additional days to complete plea negotiations. (Doc. no. 14.) The Court **ORDERS** the parties to file a Notice of Plea Agreement or, if a plea agreement has not been reached, a new Joint Status Report, within thirty days of the date of this Order.

SO ORDERED this 13th day of September, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA